UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated and Derivatively on Behalf of NAVTEQ CORPORATION, | ) ) ) ) ) | No. 07-cv-05636<br><br>Judge John W. Darrah<br>Magistrate Judge Cole |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JUDSON C. GREEN, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| NAVTEQ CORPORATION, a Delaware corporation, | ) ) | |
| Nominal Defendant. | ) ) ) | |

PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS
CERTIFICATION AND APPROVAL OF NEGOTIATED FEES AND EXPENSES

Plaintiff, on behalf of itself and the Class, and derivatively on behalf of NAVTEQ Corporation ("NAVTEQ") respectfully moves this Court for entry of the [Proposed] Final Judgment, submitted herewith. This motion is based on the Memorandum of Points and Authorities in Support of Final Approval of Settlement, the Memorandum of Points and Authorities in Support of Class Certification and Approval of Negotiated Fees and Expenses, the Declaration of David T. Wissbroecker in support thereof, the Stipulation of Settlement dated August 7, 2008, all other pleadings and matters of record, and such additional evidence or argument that may be presented at the hearing on this matter.

DATED: November 25, 2008                 Respectfully submitted,

LASKY & RIFKIND, LTD.
LEIGH R. LASKY
NORMAN RIFKIND (6191038)
350 LaSalle Street, Suite 1320
Chicago, IL 60610
Telephone: 312/634-0057
312/634-0059 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
ELLEN GUSIKOFF STEWART
DAVID T. WISSBROECKER

s/ Ellen Gusikoff Stewart
_____
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN  37201-1601
Telephone:  615/244-2202
615/252-3798 (fax)

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

Document1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 25, 2008.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:07-cv-05636

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Rick Atwood , Jr**
  ricka@csgrr.com

- **Randall J Baron**
  randyb@lerachlaw.com

- **John Constantine Gekas**
  jgekas@kirkland.com,jbustamante@kirkland.com

- **Troy Davis Hoyt**
  troy.hoyt@hklaw.com

- **Garrett B. Johnson**
  gjohnson@kirkland.com

- **Leigh R. Lasky**
  lasky@laskyrifkind.com

- **Rodin A. Mehrbani**
  rmehrbani@kirkland.com

- **Amelia Susan Newton**
  newton@laskyrifkind.com

- **Sara Kristine Rankin**
  srankin@kirkland.com,doreilly@kirkland.com

- **Norman Rifkind**
  rifkind@laskyrifkind.com

- **Ellen Gusikoff Stewart**
  elleng@csgrr.com

- **Robert Edwin Tonn**
  robert.tonn@hklaw.com

- **David T. Wissbroecker**
  dwissbroecker@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**George E. Barrett**
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, TN 37201

**Douglas S. Johnston**
Barrett Johnston & Parsley
217 Second Avenue North
Nashville, TN 37201

**Timothy L. Miles**
Barrett Johnston & Parsley
217 Second Avenue North
Nashville, TN 37201

**Tracy Ann Nichols**
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FI 33101-5441

Manual Service List
*Monroe County Employees' Retirement System v. Judson C. Green, et al.*
Case No. 1:07-cv-05636

Michael J. VanOverbeke
Thomas C. Michaud
VanOverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201